IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
09/17/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

VICTOR SAGASTUME CASTELLANOS,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
TODD M. LYONS, Acting Director, ICE;
MARKWAYNE MULLIN, Secretary, DHS; and
TODD BLANCHE, Acting Attorney General,

Respondents.

Case No. 26-3257-JWL

**ORDER**

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he claims that his detention by immigration officials and the revocation of his release without a pre-deprivation hearing violated due process. In their answer, filed August 17, 2026, respondents noted that on August 14, 2026, an immigration judge granted petitioner's request for voluntary departure in lieu of removal and ordered petitioner to depart by August 28, 2026. Petitioner did not file a traverse or reply brief by the deadline of August 31, 2026. Thus, it is unknown whether petitioner has departed the United States and thus whether the petition may be moot. Accordingly, respondents shall file a supplemental answer, on or before **September 21, 2026**, in which they supplement the record concerning the status of petitioner's voluntary departure.

IT IS SO ORDERED.

Dated this 17th day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge