FILED
U.S. District Court
District of Kansas
09/21/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

VICTOR SAGASTUME CASTELLANOS,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
TODD M. LYONS, Acting Director, ICE;
MARKWAYNE MULLIN, Secretary, DHS; and
TODD BLANCHE, Acting Attorney General,

Respondents.

Case No. 26-3257-JWL

**ORDER OF DISMISSAL**

Petitioner, through counsel, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he claimed that his detention by immigration officials and the revocation of his release without a pre-deprivation hearing violated due process. In their answer, filed August 17, 2026, respondents noted that on August 14, 2026, an immigration judge granted petitioner's request for voluntary departure in lieu of removal and ordered petitioner to depart by August 28, 2026. Petitioner did not file a traverse or reply brief by the deadline of August 31, 2026. Nor did respondents file any supplement to their answer. Therefore, because it was unknown whether petitioner had departed the United States and thus whether the petition may be moot, on September 17, 2026, the Court ordered respondents to file a supplemental answer to address the status of petitioner's voluntary departure.

Respondents have now provided documentation showing that petitioner did in fact voluntarily depart from the United States on August 24, 2026.

The Court is compelled to note, to its dismay, that neither petitioner nor respondents notified the Court of this departure four weeks ago until prompted by the Court. Counsel for petitioner and counsel for respondents are reminded that they are obliged to notify the Court of material changes in circumstances that may affect the Court's consideration of a petition – and the petitioner's departure from the United States certainly qualifies as such a change.

As the Court suggested in its prior order, petitioner's departure moots his claims against respondents, who no longer have custody of petitioner. Petitioner has not filed anything to dispute the mootness of this case. Accordingly, this case is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 21st day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge